UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LEOPOLDO MARTINEZ,<br><br>　　　　　Petitioner,<br><br>　　　v.<br><br>WARDEN SULLIVAN,<br><br>　　　　　Respondent. | Case No. 5:19-CV-00330-DMG-JC<br><br>JUDGMENT |

　　　In accordance with this Court's Order (1) Re "Mixed" Nature of Petition and Petitioner's Failure to Elect Option; (2) Dismissing Petition and Action; and (3) Directing Clerk to Enter Judgment Accordingly, IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus and this action are dismissed.

　　　IT IS SO ADJUDGED.

DATED: September 9, 2019

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE